Louis H. Allen, Respondent, *v.* John C. Matthai et al., Appellants.

*Allen* v. *Matthas,* 86 Hun, 617, affirmed.
(Argued April 21, 1898; decided May 10, 1898.)

Appeal from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered April 18, 1895, affirming a judgment in favor of plaintiff entered upon a verdict.

*D. N. McNaughtan* for appellants.

*James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

National Park Bank of New York, Appellant and Respondent, *v.* Warren N. Goddard et al., Respondents and Appellants.

*National Park Bank* v. *Goddard,* 87 Hun, 487, affirmed.
(Argued April 25, 1898; decided May 10, 1898.)

Cross-appeals from a judgment of the late General Term of the Supreme Court in the first judicial department, entered August 14, 1895, upon an order affirming a judgment and decree, entered upon a decision of the court on trial at Special Term, determining the rights of numerous parties to a fund in the hands of a receiver.

*Robert D. Murray* for plaintiff.

*Louis Marshall, Abraham Gruber* and *Franklin Pierce* for defendants.

Judgment and order affirmed, with costs; no opinion.
All concur, except Parker, Ch. J., not sitting.